IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

FILED - USDC - NDTX - LU
SEP 9 2026 PM2:55

UNITED STATES OF AMERICA

v.

JAMES MICHAEL JONES

NO. 1:26-cr-042

# INDICTMENT

The Grand Jury Charges:

Count One
Receipt of Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(2) and 2252A(b)(1))

From on or about a date unknown to the grand jury to on or about July 22, 2026, in the Abilene Division of the Northern District of Texas, and elsewhere, **James Michael Jones**, the defendant, did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer. Specifically, **James Michael Jones** received a video approximately 2 minutes and 48 seconds in duration that depicted a lascivious exhibition of the genitals and pubic area of a female child between the ages of 10 and 12 years old, and **James Michael Jones** received a video approximately 36 seconds in duration that depicted a lascivious exhibition of the genitals and pubic area and masturbation of a female minor. In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

<u>Count Two</u>
Possession of Prepubescent Child Pornography
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

On or about July 22, 2026, in the Abilene Division of the Northern District of Texas, and elsewhere, **James Michael Jones**, defendant, did knowingly possess materials, which contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(C), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which were produced using materials that had been mailed, shipped, and transported using any means and facility of, and in and affecting interstate and foreign commerce, by any means, including by computer. Specifically, **James Michael Jones**, possessed the following visual depictions that had been created, adapted, and modified to appear that an identifiable minor is engaging in sexually explicit conduct:

| Device | File Name | Visual Depiction |
|---|---|---|
| TCL NXTPAPER 70 PRO cellular phone, serial number CIZXWG65SWM7DAIJ | 0f0cda13ac3b54e6fa43a4ca5574c6bd12f9ae7ef73ac9cbef6035a83a5e234c.0 | A photo of a nude prepubescent female child positioned in front of an adult male. The defendant modified and adapted the photo. The defendant superimposed Child Victim 1's face onto the female's body in the photo. Child Victim 1 is a minor under the age of 18 years old. |
| TCL NXTPAPER 70 PRO cellular phone, serial number CIZXWG65SWM7DAIJ | 1bc940ddba96c27e7305b7c9dd612632a4c4e2d2c1017830bd89c806087b0ccf.0 | A photo of a nude prepubescent female child sitting on top of a nude adult male who has an erect penis. The defendant modified and adapted the photo. The defendant superimposed Child Victim 2's face onto the female's body in the photo. Child Victim 2 is a minor under the age of 18 years old. |

| | | |
|---|---|---|
| TCL NXTPAPER 70 PRO cellular phone, serial number CIZXWG65SWM7DAIJ | 1cfc8d2da2cfe1cb2ee74377cd10a6fafa894884889b861e97dd370970e19da0.0 | A photo of a nude prepubescent male child laying on his back on a bed, with a nude adult female on top of him, and the child's penis is penetrating the adult female's vagina. The defendant modified and adapted the photo. The defendant superimposed Child Victim 3's face onto the male's body in the photo. Child Victim 3 is a minor under the age of 18 years old. |

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

Count Three
Possession of Child Pornography Involving a Prepubescent Minor
(Violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2))

On or about July 22, 2026, in the Abilene Division of the Northern District of Texas, and elsewhere, **James Michael Jones**, the defendant, , did knowingly possess material on a TCL NXTPAPER 70 PRO cellular phone, serial number CIZXWG65SWM7DAIJ, which contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a prepubescent minor and a minor who had not attained 12 years of age, and which was mailed, shipped, and transported using any means and facility of, and in and affecting interstate and foreign commerce, by any means, including by computer. Specifically, **James Michael Jones** possessed an image of a nude prepubescent female child engaged in oral-genital sexual intercourse with an adult male.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

<u>Forfeiture Notice</u>
(18 U.S.C. § 2253)

Upon conviction of any offense alleged in this indictment and pursuant to 18 U.S.C. § 2253, defendant **James Michael Jones** shall forfeit to the United States of America: (a) any visual depiction described in Section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of Chapter 110, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110; (b) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from any offense alleged in the Indictment; and (c) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense alleged in the Indictment, and any property traceable to such property. The above-referenced property subject to forfeiture includes but is not limited to a TCL NXTPAPER 70 PRO cellular phone, serial number CIZXWG65SWM7DAIJ, a Motorola Stylus 5G cellular phone, serial number ZY22L45QC2, and a Motorola Stylus 5G cellular phone, serial number ZD222BDKBY.

A TRUE BILL:

______________________________
FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

______________________________
MATTHEW L. TUSING
Assistant United States Attorney
Indiana State Bar No. 29526-49
500 Chestnut Street, Suite 601
Abilene, Texas 79602
Telephone:325-271-6702
E-mail: matt.tusing@usdoj.gov

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA

v.

JAMES MICHAEL JONES

INDICTMENT

| | |
|---|---|
| COUNT 1: | RECEIPT OF CHILD PORNOGRAPHY<br>Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1) |
| COUNT 2: | POSSESSION OF PREPUBESCENT CHILD PORNOGRAPHY<br>Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2) |
| COUNT 3: | POSSESSION OF CHILD PORNOGRAPHY INVOLVING A PREPUBESCENT MINOR<br>Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2) |

FORFEITURE NOTICE
(3 COUNTS + FORFEITURE)

A true bill rendered:
Lubbock ______________________________ Foreperson

Filed in open court this the 9 th day of September 2026.

Clerk

DEFENDANT IN FEDERAL CUSTODY
Complaint No. 1:26-MJ-057-BU filed on 07/29/26

Amy Baxter

UNITED STATES MAGISTRATE JUDGE